## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VANN L. BAILEY,

      Plaintiff,

      v.

K. KAUFFMAN, *et al.*,

      Defendants.

No. 4:22-CV-01891

(Chief Judge Brann)

(Chief Magistrate Judge Mehalchick)

## ORDER

### AUGUST 11, 2023

Vann L. Bailey and several co-plaintiffs previously filed a civil rights complaint—which was amended three times—alleging that their rights were violated by Defendants as related to the conditions of confinement at Pennsylvania State Correctional Institution Huntingdon.[1] Bailey's co-plaintiffs were severed from this matter, and Bailey was directed to file a fourth amended complaint.[2] Bailey did not file a fourth amended complaint but, instead, filed a motion for a preliminary injunction.[3]

In June 2023, Chief Magistrate Judge Karoline Mehalchick issued a Report and Recommendation recommending that this Court deny the motion for a preliminary injunction and direct Bailey to file a fourth amended complaint.[4] After

---

[1]  Docs. 1, 35, 72, 101, 102, 104, 108.
[2]  Doc. 223.
[3]  Doc. 225.
[4]  Doc. 230.

receiving an extension of time,[5] Bailey filed timely "objections" to the Report and Recommendation, although the purported objections are entirely unresponsive to the Report and Recommendation.[6]

"If a party objects timely to a magistrate judge's report and recommendation, the district court must 'make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.'"[7] Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations.[8] After reviewing the record, the Court finds no error—clear or otherwise—in Chief Magistrate Judge Mehalchick's conclusion that a preliminary injunction is unwarranted, and that Bailey should be directed to file a fourth amended complaint. Accordingly, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Karoline Mehalchick's Report and Recommendation (Doc. 230) is **ADOPTED**;

2. Bailey's motion for a preliminary injunction (Doc. 225) is **DENIED**;

3. Bailey **SHALL FILE** an all-inclusive fourth amended complaint on or before Friday, August 25, 2023. The failure to file a timely amended

---

[5]   Doc. 232.
[6]   *See* Doc. 233.
[7]   *Equal Emp't Opportunity Comm'n v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)).
[8]   28 U.S.C. § 636(b)(1); Local Rule 72.31.

complaint will result in the dismissal with prejudice of Bailey's case; and

4.    This matter is **REMANDED** to Chief Magistrate Judge Mehalchick for further proceedings.

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge