## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

VAN BAILEY,                         :        No. 4:22cv1891
                                    :
                    Plaintiff       :        (Judge Munley)
                                    :
            v.                      :        (Magistrate Judge Carlson)
                                    :
                                    :
KEVIN KAUFFMAN, et al.,             :
                    Defendant       :
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this _____ day of April 2024, before the court for

disposition is Magistrate Judge Martin C. Carlson's report and recommendation,

which proposes the denial of plaintiff's motion for substitution and the dismissal

of Defendant Kevin Kauffman from this lawsuit.  No objections to the report and

recommendation have been filed, and the time for such filing has passed.

Therefore, in deciding whether to adopt the report and recommendation, the

court must determine if a review of the record evidences plain error or manifest

injustice.  FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely

objection is filed, the court need only satisfy itself that there is no clear error on

the face of the record to accept the recommendation"); see also 28 U.S.C. §

636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court finds neither a clear error on the face of the record nor a manifest injustice, and therefore, the report and recommendation shall be adopted.  It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 250) is **ADOPTED**;

2) The plaintiff's motion for substitution (Doc. 248) is **DENIED**;

3) Defendant Kevin Kauffman is **DISMISSED** from this action; and

4) The Clerk of Court is directed to remand this case to Magistrate Judge Carlson for further proceedings.

BY THE COURT:

_____

JUDGE JULIA K. MUNLEY
United States District Court

2