IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VAN BAILEY, | : | No. 4:22cv1891 |
| Plaintiff | : | (Judge Munley) |
| v. | : | (Magistrate Judge Carlson) |
| KEVIN KAUFFMAN, et al., Defendants | : | |

## ORDER

**AND NOW**, to wit, this ____ day of August 2024, before the court for disposition is Magistrate Judge Martin C. Carlson's report and recommendation (Doc. 258) which proposes granting the defendants' motion for summary judgment and dismissing this case for failure to prosecute. No objections to the report and recommendation have been filed, and the time for such filing has passed. Therefore, in deciding whether to adopt the report and recommendation, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b) 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court finds neither a clear error on the face of the record nor a manifest injustice, and therefore, the report and recommendation shall be adopted. It is hereby **ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 258) is **ADOPTED**;

2) The defendants' motion for summary judgment (Doc. 253) is **GRANTED**;

3) This case is **DISMISSED** with prejudice for failure to prosecute; and

4) The Clerk of Court is directed to close this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court